Roger N. Behle, Jr., SBN 174755
Kevin D. Gamarnik, SBN 273445
**FOLEY BEZEK BEHLE & CURTIS, LLP**
575 Anton Boulevard, Suite 710
Costa Mesa, CA 92626
Tel:   (714) 556-1700
Fax:   (714) 546-5005
Email: rbehle@foleybezek.com
          kgamarnik@foleybezek.com

*Attorneys for Defendants*
TAREK EL MOUSSA and CHRISTINA ANSTEAD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKSTONE HAMILTON, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAREK EL MOUSSA, an individual, CHRISTINA ANSTEAD, an individual, REAL ESTATE ELEVATED LLC, a Nevada limited liability company; ZURIXX, LLC, a Utah limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08182-SB (AFMx)<br>District Judge: Hon. Stanley Blumenfeld Jr.<br>Courtroom 6C<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANTS TAREK EL MOUSSA AND CHRISTINA ANSTEAD** |

# STIPULATION

Pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii) and Civil Local Rule 7-1, Plaintiff Blackstone Hamilton ("Plaintiff") and Defendants Tarek El Moussa ("El Moussa") and Christina Anstead ("Anstead"), by their attorneys of record, hereby stipulate to dismiss the instant action, including all claims and counterclaims, as to El Moussa and Anstead with prejudice and without costs or fees to any party.

DATED: February 5, 2021                    **MATERN LAW GROUP, PC**

By: */s/ Joshua D. Boxer*
Matthew J. Matern
Joshua D. Boxer
*Attorneys for Plaintiff*
Blackstone Hamilton

DATED: February 5, 2021                    **FOLEY BEZEK BEHLE & CURTIS, LLP**

By: */s/ Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Kevin D. Gamarnik
*Attorneys for Defendants*
Tarek El Moussa and Christina Anstead

## ATTESTATION OF CONCURRENCE IN FILING

I, Roger N. Behle, Jr., am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 5, 2021              **FOLEY BEZEK BEHLE & CURTIS, LLP**

By: */s/ Roger N. Behle, Jr.*
Roger N. Behle, Jr.
Kevin D. Gamarnik
*Specially Appearing for Defendants*
Tarek El Moussa and Christina Anstead