UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:19-cv-08182-SB-AFM | Date: | 11/11/2021 |
|---|---|---|---|

Title: *Blackstone Hamilton et al. v. Tarek El Moussa et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] **ORDER DISCHARGING OSC RE: SANCTIONS**

On November 4, 2021, the Court issued an Order to Show Cause (OSC) re: Sanctions for Plaintiff's failure to timely submit status reports every 90 days, in violation of the Court's April 14, 2021 Order. Dkt. No. 61. Plaintiff's counsel timely filed a response declaration. Dkt. No. 62.

The Court discharges the OSC re: Sanctions and declines to impose sanctions. Nonetheless, the Court admonishes Plaintiff's counsel to comply with all rules and court orders in the future. The Court will impose monetary sanctions against counsel for any future violations, including any required disclosure violations (set forth in the next sentence). In the event that this Court issues an OSC in any future case involving Plaintiff's counsel, he is ordered to disclose this admonishment.

Plaintiff shall file his next status report **by no later than February 9, 2022**, with quarterly reports due thereafter.

**IT IS SO ORDERED.**