1  Matthew J. Matern (SBN 159798)
   mmatern@maternlawgroup.com
2  Joshua D. Boxer (SBN 226712)
   jboxer@maternlawgroup.com
3  **MATERN LAW GROUP, PC**
   1230 Rosecrans Avenue, Suite 200
4  Manhattan Beach, California 90266
   Telephone:   (310) 531-1900
5  Facsimile:    (310) 531-1901

6
   Attorneys for plaintiff Blackstone Hamilton
7  individually and on behalf of others
   similarly situated
8
   John M. Kennedy, Esq.
9  jkennedy@ww.law
   **WOLFE & WYMAN LLP**
10 707 Wilshire Blvd., Suite 4100
   Los Angeles CA 90071
11 Tel: (213) 222-4900
   Fax: (213) 222-4901
12
   Attorneys for Defendants, Zurixx, LLC, a Utah
13 limited liability company and Real Estate
   Elevated, LLC, a Nevada limited liability
14 company also erroneously sued and served as a
   Utah limited liability company
15

16                    UNITED STATES DISTRICT COURT

17                  CENTRAL DISTRICT OF CALIFORNIA

18
   Blackstone Hamilton, individually and on    ) Case No. 2:19−cv−08182−MEMF−AFM
19 behalf of others similarly situated,         )
                                                ) **CLASS ACTION**
20           Plaintiff,                          )
                                                ) [Assigned to Honorable Maame Ewusi-
21       v.                                      ) Mensah Frimpong]
                                                )
22                                              )
   Tarek El Moussa, an individual; Christina   ) **JOINT STIPULATION OF DISMISSAL**
23 Anstead, an individual; Real Estate          ) **WITH PREJUDICE; [PROPOSED]**
   Elevated, LLC, a Nevada limited liability   ) **ORDER**
24 company; Zurixx, LLC, a Utah limited         )
   liability company; and,                      )
25                                              )
   DOES 1 through 50, inclusive,               )
26                                              )
                                                )
27           Defendants.                         )
                                                )
28

The parties, by and through their counsels of record, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice, of any and all claims against Defendants in the above captioned matter, with each party to bear their own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Federal Rule Civil Procedure 54(d).

DATED: March 17, 2022

Respectfully Submitted,
**MATERN LAW GROUP, PC**

By: _/s/ Joshua D. Boxer_
MATTHEW J. MATERN
JOSHUA D. BOXER
Attorneys for Plaintiff Blackstone, individually and on behalf of others similarly situated

DATED: March 17, 2022

Respectfully Submitted,
**WOLF & WYMAN, LLP**

By: _/s/ John M. Kennedy_
JOHN M. KENNEDY
Attorneys for Defendants, Zurixx, LLC, a Utah limited liability company and Real Estate Elevated, LLC, a Nevada limited liability company also erroneously sued and served as a Utah limited liability company

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

_/s/ Joshua D. Boxer_
Joshua D. Boxer

1

**[PROPOSED] ORDER**

Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with prejudice, of any and all of Plaintiff's claims against Defendants. Each party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Federal Rile of Civil Procedure 54(d).

DATED: _____                    _____
                                          Hon. Maame Ewusi-Mensah Frimpong