UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKSTONE HAMILTON, individually and on behalf of others similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br><br>TAREK EL MOUSSA, an individual, et al.,<br><br>                Defendants. | Case No.: 2:19-cv-08182-MEMF-AFMx<br><br>**ORDER VACATING UPCOMING DEADLINES IN ANTICIPATION OF SETTLEMENT [ECF NO. 74]** |

      On March 17, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice (ECF No. 74). The parties stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal with prejudice, of any and all claims against Defendants in the above captioned matter, with each party to bear their own attorneys' fees and costs incurred in this action, notwithstanding the provisions of Federal Rule Civil Procedure 54(d).

/ / /

/ / /

1

1  The Court, having considered the Stipulation and finding good cause therefor, ORDERS as
2  follows: (1) All discovery, pretrial, and trial dates, including the April 7, 2022 Scheduling
3  Conference (ECF No. 69), are vacated; and (2) The action is dismissed with prejudice, with each
4  party to bear their own attorneys' fees and costs incurred in this action.

6  Dated:  March 21, 2022

                              MAAME EWUSI-MENSAH FRIMPONG
                                    United States District Judge