FILED
CLERK, U.S. DISTRICT COURT
03/22/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_KD\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:19-cv-08182-MEMF-(AFMx)          Date March 22, 2022

Title: Blackstone Hamilton, et al. v. Tarek El Moussa, et al.

Present: The Honorable Maame Ewusi-Mensah Frimpong, U.S. District Judge

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                 Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 3/21/2022 [74] .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    kd